**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 17-cv-02674-CMA-NYW

JASMINE HEALD,

    Plaintiff,

v.

DISCOVER GOODWILL OF SOUTHERN & WESTERN COLORADO, and
GOODWILL INDUSTRIAL SERVICES CORPORATION,

    Defendants.
_____

**ORDER OF DISMISSAL WITH PREJUDICE**
_____

THIS MATTER is before the Court on the parties' Joint Stipulation of Dismissal With Prejudice (Doc. #39).  The Court having reviewed the file and being fully advised in the premises, hereby

ORDERS that this action be DISMISSED WITH PREJUDICE, each party to pay its own costs and attorneys' fees.

DATED: September 17, 2018

                                                BY THE COURT:

                                               _____
                                               CHRISTINE M. ARGUELLO
                                               United States District Judge